JOHN B. JOHNSON, Respondent, *v.* CATHARINE WILLIAMS, Executrix, et al., Appellants.

(Argued January 23, 1884; decided April 15, 1884.)

*Charles Unangst* for appellants.

*Samuel L. Gross* for respondent.

Agree to affirm; no opinion.

All concur, except RAPALLO, J.. not voting, and ANDREWS, J., dissenting.

Judgment affirmed.